FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:05CR271-A |
| v. | ) | [18 USC 641] |
| | ) | |
| VALARIE HOWARD | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

1.  At all times relevant to this Indictment, the defendant VALARIE HOWARD was a resident of Montgomery, Alabama.

2.  On or about September 11, 2005, HOWARD caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that HOWARD had suffered losses to a property she rented as her principal residence in Harvey, Louisiana. In fact, HOWARD did not reside in Louisiana and did not suffer the losses claimed.

3.  FEMA accepted HOWARD's application and caused a United States Treasury check in the amount of $2000 to be mailed to HOWARD in Montgomery, Alabama. HOWARD received the check and cashed it.

4.  On or about September 12, 2005, in Montgomery County, within the Middle District of Alabama, and elsewhere,

VALARIE HOWARD,

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess

of $1,000, that is, FEMA disaster assistance funds in the amount of $2000, in violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant United States Attorney