✎AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Valarie Howard
3643 Southmont Drive-Apt. 19
Montgomery, AL

Case          2:05cr271-A

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Valarie Howard_____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x  Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Embezzle, steal, purloin money from FEMA (1 ct)

in violation of Title _____18_____ United States Code, Section(s) __641_____

DEBRA P. HACKETT
Name of Issuing Officer

BY:
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

11/16/05 -Montgomery, AL
Date and Location

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |