**OURTROOM DEPUTY MINUTES** **DATE: 11/21/05**
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 3:47 - 3:53**

√ **INITIAL APPEARANCE**
❒ **DETENTION HEARING**
❒ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**
❒ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
❒ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE CHARLES S. COODY DEPUTY CLERK: WANDA STINSON

CASE NO. 2:05CR271-A-CSC DEFT. NAME: VALERIE HOWARD

USA: ANDREW SCHIFF ATTY: JAMES R. COOPER

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √) CDO ;

USPTSO/USPO: TAMARA MATIN

Defendant ______does √ does NOT need an interpreter;

Interpreter present √ NO ___ YES NAME: __________________

√Kars. Date of Arrest 11/21/05 or ☐ karsr40
√ kia. Deft. First Appearance. Advised of rights/charges. ❒ Pro/Sup Rel Violator
√ kcnsl. Deft. First Appearance with Counsel
√ Requests appointed Counsel √**ORAL MOTION for Appointment of Counsel**
√ Finaff. Financial Affidavit executed ❑ to be obtained by PTSO
❒koappted **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
√20appt. Panel Attorney Appointed; √ to be appointed - prepare voucher
❒ Deft. Advises he will retain counsel. Has retained __________________
❒ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❑ To be followed by written motion;
❒ Government's **WRITTEN** Motion for Detention Hrg. filed.
❒ **DETENTION HRG** ❑ held; ❒ Set for____________; ❒ **Prelim. Hrg** ❒ Set for__________
❒ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
❑ kodtn. **ORDER OF DETENTION PENDING TRIAL** entered
√ kocondrls. Release order entered. √ Deft. advised of conditions of release.
√ kbnd. √ **BOND EXECUTED** (M/D AL charges) $ 25,000 Deft released (kloc LR)
❑ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
❒loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
❑ ko. Deft. **ORDERED REMOVED** to originating district
❑ kwvprl. Waiver of ❑ Preliminary hearing; ❑ Kwvr40hrg. (Waiver of R.40 Hearing)
❑ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
√ karr. **ARRAIGNMENT** SET FOR:_________ √ **HELD**. Plea of **NOT GUILTY** entered.
√**Trial Term** 3/20/06 ; ❑ **PRETRIAL CONFERENCE DATE:** _________
**DISCOVERY DISCLOSURES DATE:** 11/28/05
❑ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
❑ krmvhrg. Identity/Removal Hearing set for ________________________
√kwvspt **Waiver of Speedy Trial Act Rights Executed.**