IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 2:05CR271-A |
| VALARIE HOWARD,<br>    Defendants. | *<br>* | |

## NOTICE OF APPEARANCE

COMES, James R. Cooper, Jr. who gives notice that he represents Valarie Howard.

RESPECTFULLY SUBMITTED,

_____
s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1th day of December, 2005, I have served a copy of the foregoing **Notice of Appearance** upon Mr. Andrew Schiff, Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing,  by placing a copy of same in the United States Mail properly addressed and postage prepaid.

_____

cc:
Ms. Valarie Howard
3643 Southmont Drive, Apt 19
Montgomery, Al 36105