| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   JANUARY 20, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:19 - 1:20** |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** <u>**CHARLES S. COODY**</u> | **DEPUTY CLERK:** <u>**WANDA STINSON**</u> |
| **CASE NUMBER:** <u>**2:05CR271-WHA-CSC**</u> | **DEFENDANT NAME:** <u>**VALERIE HOWARD**</u> |

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| **ATTY. ANDREW SCHIEFF** | **ATTY. JAMES COOPER** |

√    **DISCOVERY STATUS:** Completed

_____
_____

√    **PENDING MOTION STATUS:** None.

_____
_____

√    **PLEA STATUS:** Possible Plea.

_____
_____

√    **TRIAL STATUS:** Will take 1 day for trial.

_____
_____

❒    **REMARKS:**

_____