COURTROOM DEPUTY MINUTES  DATE: March 9, 2006   FTR RECORDING: 8:59 - 9:09

MIDDLE DISTRICT OF ALABAMA       COURT REPORTER: MITCHELL REISNER

❏ **ARRAIGNMENT**    √ **CHANGE OF PLEA**       ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**       ❏ **SENTENCING**

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *CHARLES S. COODY* | **DEPUTY CLERK:** *WANDA STINSON* |
| **CASE NUMBER:** *2:05CR271-WHA-CSC* | **DEFENDANT NAME:** *VALERIE HOWARD* |
| **AUSA:** *TOMMIE HARDWICK* | **DEFENDANT ATTY:** *JAMES R. COOPER, JR.* |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| **USPO:** *DOUG MATHIS* | |
| Defendant ___ does  √ does NOT need and interpreter. Name: _____ | |

- ❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
- ❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ❏ **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.
- ❏ **WAIVER OF INDICTMENT** executed and filed.
- ❏ **FELONY INFORMATION** filed.
- ❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ❏ Not Guilty  ❏ Nol Contendere  ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s)  **1**    of the **Indictment.**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

- √ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.
  - ❏ **ORDERED SEALED.**
- √ **ORAL ORDER** Adjudicating defendant guilty.
- √ **ORDER:** Defendant Continued √ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____ ; √ Sentencing on _____ ; ❏ To be set by Separate Order
- ❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  - ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.