# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | June 22, 2006 | AT: | 10:00 a.m. |
| DATE COMPLETED: | June 22, 2006 | AT: | 10:06 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 2:05cr271-WHA
                            )
VALARIE HOWARD              )

---

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Andrew Schiff | James R. Cooper |

---

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jeff Lee, USPO |
| Elna Behrman, Courtroom Deputy | Chris Puckett, Law Clerk |

COURTROOM PROCEEDINGS

**(X)   SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Defendant's counsel speaks on behalf of the Defendant.
Sentence is stated.
No objection to the statement of sentence.
Court addresses the Defendant as to payment of restitution.
Defendant waives right of appeal.
Sentence is ORDERED imposed as stated.
Defendant is released to begin service of probation.