**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 2:05CR00271 |
| v. | ) |
| | ) |
| **VALARIE HOWARD,** | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                               LEURA G. CANARY
                               UNITED STATES ATTORNEY


                               /S/ R. Randolph Neeley
                               R. RANDOLPH NEELEY
                               Assistant United States Attorney
                               Bar Number: 9083-E56R
                               Attorney for Plaintiff
                               Post Office Box 197
                               Montgomery, AL 36101
                               Telephone:   (334) 223-7280
                               Facsimile:   (334) 223-7201
                               E-Mail:  rand.neeley@usdoj.gov


JUDGMENT DATED:      June 22, 2006

DATED:                June 20, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Valarie Howard, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 20th day of June, 2007.

Ms. Valarie Howard
150 Pocohontas Road
Montgomery, AL 36105

      /S/ R. Randolph Neeley
      ASSISTANT U.S. ATTORNEY